138–19TH STREET, JACKSON HEIGHTS, INC., Appellant, *v.* ROSCOE H. CANADAY, Respondent.

Argued February 24, 1943; decided April 8, 1943.

*Samuel Shapiro* for appellant.

*Samuel Lippman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.